81,428-03

To The Clerk of the Court of Criminal
    Appeals of Texas.


I, Martin Mendoza Jr #1834642, am writing to inform the court that I have been assigned to the Luther Unit at: 1800 Luther Drive, Navasota, Tx. 77868 on Jan. 20 2015 and have not recieved any notice from the court on my Habeas Corpus writ No. W11-63193-J(A). Please let me know on the findings of my above mentioned writ so that I may take the proper steps in appealing. Thank you for your time and Professionalism.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 28 2015

Abel Acosta, Clerk

Martin Mendoza Jr #1834642
Luther Unit
1800 Luther Drive
Navasota, Tx. 77868
Jan. 24, 2015